In the Matter of the Claim of DOROTHY LEWIS, Respondent, against HOTEL ST. REGIS et al., Appellants. STATE INDUSTRIAL BOARD et al., Respondents.

Argued October 8, 1941; decided November 19, 1941.

*William B. Davis* and *E. C. Sherwood* for appellants.

*Frederick H. Van Houten* for claimant, respondent.

*Joseph F. Donovan* for Music Corporation of America et al., respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.